■ In the Matter of BATISTA CARRELARO, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents.—Harvey, J. Proceeding pursuant to CPLR article 78 (transferred to this court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

Following a Tier III Superintendent's hearing, petitioner, an inmate at Clinton Correctional Facility in Clinton County, was found guilty of violations of institutional rules 110.10 (assault), 113.10 (possession of a weapon) and 113.11 (possession of an item that had been impermissibly altered). This determination was affirmed upon administrative appeal and petitioner commenced this CPLR article 78 proceeding to challenge the assault charge only, which was subsequently transferred to this court.

This proceeding must be dismissed. Respondents have conceded that the assault charge against petitioner cannot stand and, accordingly, have administratively reversed the prior determination to that extent. We agree with respondents that the matter need not be remitted for administrative reconsideration of the penalty imposed since petitioner has already served his sentence in the special housing unit and there was no recommended loss of good time.

Proceeding dismissed, without costs. Mahoney, P. J., Mikoll, Yesawich, Jr., Mercure and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL J. MESSINGER, Appellant.—Appeal from a judgment of the County Court of Madison County (O'Brien, III, J.), rendered September 26, 1988, convicting defendant upon his plea of guilty of the crime of sodomy in the first degree.

We have reviewed the record and the brief submitted by defendant's assigned counsel and agree that there are no meritorious issues which could be raised on appeal. The judgment should therefore be affirmed and counsel's application for leave to withdraw granted (see, Anders v California, 386 US 738; People v Cruwys, 113 AD2d 979, lv denied 67 NY2d 650; People v Crawford, 71 AD2d 38).

Judgment affirmed. Mahoney, P. J., Kane, Levine, Mercure and Harvey, JJ., concur.